UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PFFA ACQUISITION, LLC d/b/a PFF, <br><br> Defendant. | ECF CASE <br><br> No.: 1:19-cv-5658 (FB)(SJB) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this entire action with prejudice, resolving all matters in dispute having been made and each party bearing its own fees and costs.

Dated: March 22, 2020
        New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: March 22, 2020
        New York, New York

Anthony J. Tomari
EUSTACE, PREZIOSO & YAPCHANYK
55 Water Street, 28th Floor
New York, New York 10041
atomari@eustacelaw.com
212.612.4035
*Attorneys for Defendant*